IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

Christina Mullen Acevedo, Mark Acireno,        §
Teresa Agnew, Fernando Aguero, Cecilia G. Albert, §
Anthony S. Alden, Teresa L. Allen, Sonya        §
Allwein, Rosario (Diaz) Amaya, Ruby            §        CASE NO. 2:08-CV-100-J
Anderson, Stephanie Anderson, Jonatham         §
Andrews, Cherry Ansley, Yori Ann Aoalos,       §
Samuel J. Apodaco, Angel Aragon, Marisel       §
Armstrong, Billy Jay Armstrong, Jeremy Arnett,  §
Eddie Arreola, Maria Arreola, Learon Y. Arthur  §
Debbie Avila, Reyes Avina, Jesus Avitia,        §
Kendy Escamilla Baca, Pete Baca, Evangeline    §
Baca, Gabino B. Baca, Kacee N. Bahl,           §
Marie Annette Baker, Stephanie Baldwin,        §
Willie Ray Banks, Jeanette Barbosa, Bobby      §
Barela, Sandra K. Basden, Wendy Basse,         §
Kristina L. Bates, Marsha C. Baxter, Felis      §
Bazaldua, Reginald C. Beachum, Brenda F.       §
Bean, Robert E. Beaver, Renee R. Becenti,      §
Melissa Begay, Marcella R. Begaye, Regina      §
Bell, Daniel R. Bellgardt, Michelle C. Benedict, §
Gay Lynn Bennett, Carrie Bennett, Karen Berry,  §
Robert J. Betancourt, Artis James Betts,        §
Felina Rose Bia, Geoffrey Bia, Johnny S.       §
Big Rivers, Jr., Lavonia Billy, Lisa M. Bilodeau, §
Deanna Birdwell, Johnathan Bissell,            §
Paul Matthew Blan, Tamara Blankenship,         §
David L. Bloom, Jasmine Boble, Rebeka A.       §
Boble, Michael Bolanos, Gerald Bolte, Luis      §
Borrego, Brian Bort, Nalda Bowen, Julia Bowman, §
Sammuel J. Bradford, Donna L. Brazeal,          §
Rosalind Brock, Deloris B. Brookins, Jordan     §
Brooks, Mschanne Brown, Paul G. Brown,         §
Tiana Browning, Lorenza B. Brush, Amanda Bueno,§
KaSandra Burk, Cindy Burrell, Linda Burrola,    §
Andrea Michelle Byers, Eduardo Cabral, Tami L.  §
Cabrera, Steven A. Calderan, Justin Calderon,   §
Donna Carabajal, Samuel Anthony Cardenas,      §
Sylvia Carrasco, Fernie Carrillo, Jennifer Carrion, §
Christina Larson, Marirose Carver, James Lee     §
Carver, Andrew Castillo, Marisa Castillo,       §
Victor C. Castillo, Wanda J. Castillo, Josie Castillo, §

Steve R. Castillo, Melissa M. Castro, Maria O. §
Cerda, Ernesto H. Chaavez, David Chapman, §
Michelle Chavez, Elaine Chavez, Efren Chavez, §
Tonya Esquibel Chavez, Juan K. Cherry, Leo §
Chavez, Freddy R. Chidester, Betty Chisholm, §
Jason Clayton, Melinda Cline, Beaudarick Cochise, §
Cassandra Coffee, William Coffee, Rosa Lee §
Coffee, Paula A. Coffey, Linda G. Coffey, §
Lisa Cole, Tina Cole, Brenda Coleman, Rebecca §
Collins, Richard K. Collins, Michelle Colon, §
Kelley C. Condrey, Jessica Conley, Michael Conn, §
Brigette M. Contreras, Veronica Contreras, §
Jeremy Brian Conway, Bridget Cook, §
Christopher A. Cooke, Shannon Copeland, §
Laura J. Cortes, Casey Cisneroz, Thomas T. §
Council, Jason G. Cox, Bobbie Craft, §
Kerri Crawford, Jonathan Alan Crawford, §
Eva Crittendon, Latasha Crockett, Eugene E. §
Crook, Sandi Crosby, Penny D. Crossland, Nick §
Crosson, Paula (O'Connell) Cruz, Marcella Cruz, §
Vangie Cruz, Jeffrey Turk Cubbage, Teresa A. §
Currie, Kayla Curtis, Kym Damazyn, Lacy Daniel §
Rusti L. Daniel, Nicholas D. Davalos, Anna §
Marie Davis, Charles D. Davis, Rebecca Dawson, §
Penny L. Day, Tara Day, Roy J. Deanda, Brenda §
Dees, Carmelita (Arreola) DeLaCerda, Elva §
DeLeon, Hector C. Delgado, Michelle Delgado, §
Stefanie Delgado, Dainna Sue Derby, Erika §
DeSantis, Hugh Devlin, Beatriz Diaz, Dezerie A. §
Diaz, Helen K. Diaz, Amanda Dodd, Teresa §
Dominguez, Celestino Dominguez, Romelia §
Dominguez, Jennifer (Millsap) Donohue, §
Christine Dornan, Travis Wade Dorsey, Jackie §
Oyster Doyle, Elida O. Duran, Tyler Duvall, §
Edith Dyck, Trina L. Edwards, Guadalupe B. §
Elizondo, Christy D. Elledge, Johnny C. Elliott, §
Heather Elsass, Tyonia Encinias, Noelle Epley, §
Luz Alicia Erivez, Rudy Escobar, Consuelo Espino, §
Elisa Espinosa, Carmon Esqueda, Bertha Alica §
Estrada, Ernestine Estrada, Mellissa Estrada, §
Thomas Ethridge, Berny R. Eudy, Clar Eyelash, §
Richard A. Fajardo, Gina L. Fikes, George W. §
Flick, Frances E. Flores, Sonja Flores, Melissa §
Florez, Jason Foley, Michelle Fonseca, Sandra K. §

Ford, Maria Foster, Stephen M. Free, Charles L.  §
Fulkerson, Rose Marie Gallegos, Charlene Gallegos, §
Diane Gallegos-Patrick, Isodro Galvan, III, Lois  §
Gamel, Roberta L. Gaona, Cindi Garcia,  §
Rayburn Garcia, Michael Garcia, Belle M. Garcia,  §
Amanda N. Garcia, Daniel R. Garcia, Mary  §
Garrett, Priscilla Garvin, Samantha Garza,  §
Annie F. Garza, Abel Garza III, Christopher M.  §
Gay, Terrance L. Gayton, Joshua Guy George,  §
Randall Gilbert, Letitia Gillit, Courtney Gilmore,  §
Garland Gipson, Chandra Godinez, Tammy  §
Goforth, Lia Gomez, Terri Gonzales, Yvette R.  §
Gonzales, Gabriel Gonzalez, Priscilla Gonzalez,  §
Sylvia R. Gonzalez, Auturo Gonzalez, Jr.,  §
Esiquia C. Gonzalez, Derek Goodwin, Amanda D.  §
Goodnight, Karma L. Gordon, Brittany Graham,  §
Kody R. Graves, Patricia Graves, Angela M.  §
Greeley, Da'Lynn Green, Carolyn J. Green,  §
Olivia Ann Greene, Leigh Rose Griego, Windy  §
Grimes, Cameron Grimm, Terry G. Grove, Starla  §
Grussendorf-Donaldson, Sylvia Guajardo, Dawna  §
Guest, Deana Flores Guillen, Jolene Gurule,  §
Edward Gurule, Lynette Gurule, Peter Gustafson,  §
Virginia Gutierrez, Misty Gutierrez, Sara Gutierrez, §
Roger Haag, Carl L. Hagemann, Jeff Hahn,  §
Christine Hall, Katherine R. Hall, Wallace Hall,  §
Mary K. Ham, Justin Hamm, Yolanda Gail  §
Hammond, Alex Handboy, Elizabeth Handboy,  §
Leigha Hansen, Brittney J. Hanson, Kenrick  §
Harmon, Joe E. Harmon, Clarence Harp,  §
Mary Kay Harper, Nicole Harrell, Mary F. Harrison,§
Kenneth W. Hatley, Bernie Joe Haumesser, Jr.,  §
Robert Hayes, Andy Hayes, Pamela Hayes,  §
Adrienne Haynes, Joshua Head, Sara L. Heater,  §
Deborah Hendley, Sharon Henson, Scott Herald,  §
Pandora Hern, Manuela Hernandez, Jovanna  §
Hernandez, Jessica Hernandez, Fernando  §
Hernandez, Kristal S. Hernandez, Vera P.  §
Hernandez, Gerald Hernandez, Sylvia Hernandez,  §
Elojio Hernandez, Amber Hernandez, Jessica  §
Hernandez, Amadee Herrera, Phyllis Herrera,  §
Michael Herrera, Henry Hidalgo, Matthew Hill,  §
Silvia G. Hilliard, Gail Lyn Hines, Aaron Hodge,  §
Barrett T. Hohn, Barbara A. Holbein, Manuela  §

Holguin, Tonya Hollingsworth, Don C. Hollins,    §
Jonathan Hollis, Timothy "Tim" Holman,    §
Sheri L. Holmes, Aurelio Honesto, Johnathan    §
Honesto, Otila Honesto, Donna Hooten, Jeanie D.    §
Hopkins, Tommy D. Horn, Marcia Howington,    §
Brian Hoyt, Kelly Hughes, Wanda Huntington,    §
Melissa Hutson, Aimee Hutton, Kimberly Ann    §
(Marrs) Ingle, Juanita G. Jaques, Julian M.    §
Jaramillo, Megan Jenkins, Dana J. Jenkins, Maria    §
Jimenez, Penelope Johns, Tiffany Johns, Patricia    §
A. Johnson, Norissa Johnson, Michelle Joiner,    §
Cecilia Jones, Anastacia Z. Jones, Angela Jones,    §
Amanda Jordan, Sherry Kaler, Peggy Renee    §
Kassisieh, Amanda Kays, Sean Kelley, Christopher    §
Kelly, Shelly A. Kelly, Brenda J. Kelly, Laura    §
Kieren, Carolyn Kimbley, James Kimbrell,    §
James Lance Kimbrell, Verlinda Kinsel,    §
T. Michelle Kirkpatrick, Audrey A. Knight,    §
Kessa Knoll, Deborah Knotts, James Kohot,    §
Ilon Kotula, Margaret R. Ktytor, Amy Lampert,    §
Sonia A. Lane, William Lang, James Lasseter,    §
Glenda Laster, Woodrow Lavrila, Melinda Lawler,    §
Kyna Lawrence, Alysa Leal, Janie Leal, Michele    §
Lee, Donna Leneway, Katharine N. Lester,    §
Tommy Lynn Lewis, Jr., Janie Leyva, Bryon    §
Little, Cody Lee Little, Misty D. Long, Sandra    §
Long, Vicky E. Lopez, Robin Lee Lopez,    §
Elizabeth G. Lopez, Maria E. Lopez, Rita M. Lopez,§
Jennifer Lopez, Margaret J. Lopez, Hilary Lovato,    §
Holli Jo Lovelace, Catherine Lovelady, Patricia    §
Lovell, Donna Lucero, Rudy R. Lucero,    §
Krista Lujan, Hector Luna, Elizabeth Lyon,    §
Stephanie Mace, Carlos Macias, Ramiro    §
Maddox, Dina Maldonado, Adam E. Mallard,    §
Corine L. Mancha, Conception G. Mancha,    §
Thomas Mankowski, Roxie Manley, Jason    §
Manzelli, Manuel J. Mirabal, Jr., Jasmine Marquez,    §
Arilee R. Marsh, Joseph Martin, Joel A. Martin,    §
Michelle Martin, Patricia G. Martin, Victor Manuel    §
Martinez, Danny Martinez, Elodia Martinez,    §
Kristy Martinez, Jimmy T. Martinez, Anthony J.    §
Martinez, Mickey F. Martinez, Adrienne    §
Martinez, Robert Martinez, Cory Mathis, Eugina    §
R. Matthews, Alecia Matthews, Heather Maurer,    §

Erin Mavis, DeBorah Maxwell, Gloria L. Mayo,    §
George Mayo, Bill D. Maze, Charles McCann,    §
Mrs. Joyce C. McCann, Rebecca McDermitt,    §
Kriston N. McLaughlin, Harold McKnight, Lorrie    §
McQueen, Kathryn Y.McVey, Leroy F. Medina,    §
Jessica Messenger, Juana V. Meza, Sheila G. Miles,§
Cynthia F. Miller, Debbie J. Miller, Angie A.    §
Miller, Raleigh T. Mills, Jr., Amy Mireles,    §
Seth Mitchell, Larry H. Mitchell, Amy Mobley,    §
Jessica Mondragon, Joanne Monnin, Anthony J.    §
Montano, Joseph Montano, Paula Hope Montoya,    §
Lyle S. Montoya, Jeannie Moore, Peggy Sue (Elms) §
Moore, Jimmie Wayne Moore, Charles Moore,    §
Chad Moore, Terry J. Mora, Terry Morales,    §
Manuel M. Moralez, Meghan Morefield,    §
Yolanda Morelos, J. Hannah Moreno, Susan B.    §
Moreno, Michael Moreno, Mary Morgan,    §
Allen R. Morgan, Melinda Jo Morgan, Ellic Ray    §
Morris, Jonni M. Morris, Catalina Morton,    §
Larry Moss, Nadine Mulanax, Ruby L. Munn,    §
Tammy Munoz, Debra Murdoch, Tiffany Murphy,    §
Tabitha Murphy, Tomeka Murray, Juanita J.    §
Navares, Scott A. Nettleton, Francestine Newson,    §
Neal Newton, Jared Nichols, Linda Fay Nolan,    §
LaReca R. Noland, Lavonna Noland, John A.    §
Odneal, Edie Odneal, Sandy C. Ogeda, Valerie    §
Olguin, Melissa Oliver, Ferman Oliverez, Jr.,    §
Jotie P. Orquiz, Bernabe Ortega, Lisa Ortega,    §
Donna Ortega, Nathaniel J. Ortega, Esperanza    §
Ortiz, Bobby Joe Otoole, Jose A. Padilla,    §
Rita J. Padilla, Cindy A. Parks, Grant Parmley,    §
Christie Patillo, Nicholas D. Pawletzki, Rebekah    §
Payne, Providence Pecoraro, Michael J. Pepper,    §
Yvonne N. Perea, Louis Robert Perez, Flor    §
Estella Perez, Bradford Perry, John Person,    §
Jonathan Peugh, Vera Phelan, Maple Phillips,    §
Kimberly Pilgreen, Eric Poncho, Jayson Poole,    §
Michael T. Powell, Shaborah Powell, Deborah    §
Powers, Jim Prater, Jr. Ashley Prespentt,    §
Lisa Patton, Price, Barbara Prieto, Whitnie    §
Whitnie Pritchett, Richard S. Proctor, Jammall    §
Pruitt, Elisia Purcella, James Pybas, Pedro    §
Quintana, Joe Paul Quintana, Amanda Rahe,    §
Benita Ramos, Mary Jane Ramirez, Charlotte    §

Ramon, Joe Ramon, Maria Ramos, Mary Ramos,    §
Lucia Lavonne Randeau, Nikki Ratliff, Trudy    §
Rawlings, Daidron Ray, Marcia Raymond,    §
Joy D. Redmond, Larry Reed, Christina Reyes,    §
Robert Reyna, Mark Reyna, Obed Reza,    §
Claudia Reza, Douglas Rich, Jr., Dynasti    §
Richardson, Travette Richardson, Jenell Richardson,§
Julie M. Riegler, Jody Dan Rigdon, Kimberly    §
Rine, Alberto Rios, Natalie Rios, Donna Lee    §
Rios, Maria Rivera, Carolyn L. Roberts,    §
Adam Michael Roberts, Donny L. Roberts,    §
Victoria Roberts, Rotanza Roberts-Sanders, Jessica    §
Robertson, Cessley Robinson, Jazzlyn Robinson,    §
Martin Robledo, Jr., Samantha Jo (Conn) Rocha    §
Jessica Rodriguez, Josefina Rodriguez, Abel    §
Rodriguez, Kathy Rodriguez, Mary Rodriguez,    §
Mary Jane Rodriquez-James, Kyra Rogers,    §
Vereanki R. Roland, Adrien Romero, Chandora A.    §
Romero, Graciela Romero, Raymond Romero,    §
Vanessa Rae Romero-Dunn, Virginia Carol Rose,    §
Susan Rose, Manaka Rosemond, Scott Rossell,    §
Magen Roubison, Allesia Royal, Melissa Roybal,    §
Larry Roybal, Martha L. Rubio, Casey Saiz,    §
Georgia A. Salazar, Monique Salazar, Barbara    §
Salazar, Shana Salazar, Martin M. Salazar,    §
Ralphlita Salazar, Elizabeth Salazar, Raymond    §
Salazar, Kathleen L. Salcido, Adelaida Salgado,    §
Reynaldo T. Salinas, Ronnie Sampson, Molly    §
Sanchez, Diane B. Sanchez, Carmen Sanchez,    §
Cassandra Sanchez, Erika Sanchez, Terrie C.    §
Sanders, Yvon D. Sandoval, Selina Sapp,    §
Ashley Sargent, Jason Andrew Sarracino,    §
Christopher Sawyer, Toyna Scheller,    §
Donald W. Schorn, Jessica Scioli, Debra Scott,    §
Jasmine Scott, Andrea Scruggs, Vickey L. Secoy,    §
Rachel Sedberry, Gilbert Joe Segura, Abel F.    §
Segura, Patrica M. Sollz,Gabriel Segura,    §
Pamela Serda, Timothy D. Sergeant, Gloria L.    §
Serrano, Lullene Shanklin, Tommy Shanks,    §
Tammy Shaver, Carolyn E. Shaw, Erik Sheldon,    §
Justin B. Shelton, Samuel H. Shockey,    §
Johnny Sillas, Mary E. Silva, Cecilia Simpson,    §
Matthew R. Sisneros, Robyn Skiles, Kimberly    §
Skinner, Amanda M. Sluder, Peter Slusar, Sherry    §

A. Smallridge, Lisa Smartt, April Smith, Sallie L.          §
Smith, Julie Kiernan Smith, Alcess D. Smith,               §
Jay D. Smith, James D. Smith, Sarah Smith,                 §
Jonathon Smith, Stacy L. Smith, Laura C.                   §
Smith-Moreno, Shawna Snapp, Jack L. Sparks,                §
William T. Spomer, Crystal Sporisky, David M.              §
Stafford, Arlene D. Stamps, Travis Stanberry,              §
Kendall Stanford, Jill Stanford, Peggy Lon                 §
Stansbury, Wesley H. Steen, Emily M. Stephen,              §
Rickey Stevenson, Kenneth Shane Stinson,                   §
Sean Stockstill, Alice F. Stokes, Melissa Stone,           §
Amber Oleen Suire, Julie Sullivan, Theresa Sutton,         §
John David Swaim, Scott S. Swanson, Frankie L.             §
Tabor, Daniel M. Tafoya, Lilly L. Tamayo,                  §
LaWanda Tanner, Heather Tanner, April Taylor,              §
Wendy Taylor, Lewis T. Templeton,                          §
Dominique Thomas, Gary M. Thomas, Carla                    §
Thomas, Brenda G. Thomason, Teena J. Thompson,§
Tonya J. Thompson, Kimberly Thompson, Bonnie               §
Tijerinia, Lawrence D. Todd, Jr., Connie E. Todd,          §
Sophia Torres, Roberta Trujillo, Franklin B.               §
Tyler, Jr., Terrie Underwood, Jance Underwood,             §
Erin K. Vaden, Bobby Valderas, Maria E. Valdez,            §
Tiffany Valencia, Ramona A. Valenzuela,                    §
Vernon Valley, Philisa L. Valliant, Mary Jane              §
Vandewalker, Rosemarie Vanzant, Cynthia Varela,            §
Sara Joy Noel Vasquez, Justin Vaughn, Edward               §
Vaughn, Melisa Vazquez, Elva Velazquez,                    §
Toni J. Verticelli-Farmer, Cynthia Kirkland                §
Villegas, DaLacia C. Vinson-Eddington,                     §
James Walker, Frank Wallace, Brian M. Wallace,             §
James A. Walters II, Diana Lewallen Ward,                  §
Joseph Edward Wark, April Warner, Andrea M.                §
Washington, Lorenzo Washington, Andrew.                    §
Washington, Dell Washington, Cynthia Gail                  §
Watson, Lucinda Wayne, Brichette Wells,                    §
Carolyn E. Westernam, Helen R. Wheeler,                    §
Tammy Whisenhunt, Christel R. White,                       §
Kenneth C. White, Cassie White, Jordan White,              §
Jackie L. Whiteside, Shari Whitten-Musgrave,               §
Tommy L. Wieringo, Cynthia Wilkinson,                      §
Martin R. Williamson, Jr., Rodney Williams,                §
Shonda Williams, Veronica Wilson, Louise Wilson,           §
James E. Wilt, Rebecca Winter, Shirley                     §

Wisecarver-Wesley, Richard D. Wisener, Denise        §
M. Wolfe, Phillip Wood, Lacey J. Woodall,            §
Raechel Woodard, Jeremy C. Woods, Breeanna B.        §
Woodward, Swanzila Wormly, Linda Wright,             §
Frank James Wright, Patricia L. Wright-Kirk,         §
Yontra K. Wyatt, Daniel Yazzie, Tonya Renee,         §
Ybarra Wanda Youngblood, Latazha Youngblood,         §
Louis L. Zamara, Maria Del R. Zamora,                §
Anna L. Zamora,                                      §
                                                     §
          Plaintiffs,                                §
                                                     §
vs.                                                  §
                                                     §
Allsup's Convenience Stores, Inc.                    §
a New Mexico Corporation,                            §
Lonnie D. Allsup, an individual and                  §
Barbara J. Allsup, an individual,                    §
                                                     §
          Defendants.                                §

## NOTICE OF APPEAL

Come Now, Christina Mullen Acevedo, Mark Acireno, Teresa Agnew, Fernando Aguero,

Cecilia G. Albert, Anthony S. Alden, Teresa L. Allen, Sonya Allwein, Rosario (Diaz) Amaya,

Ruby Anderson, Stephanie Anderson, Jonathan Andrews, Cherry Ansley, Yori Ann Aoalos,

Samuel J. Apodaco, Angel Aragon, Marisel Aranda, Sadie D. Armstrong, Billy Jay Armstrong,

Jeremy Arnett, Eddie Arreola, Maria Arreola, Learon Y. Arthur, Debbie Avila, Reyes Avina,

Jesus Avitia, Kendy Escamilla Baca, Pete Baca, Evangeline Baca, Gabino B. Baca, Kacee N.

Bahl, Marie Annette Baker, Stephanie Baldwin, Willie Ray Banks, Jeanette Barbosa, Bobby

Barela, Sandra K. Basden, Wendy Basse, Kristina L. Bates, Marsha C. Baxter, Felis Bazaldua,

Reginald C. Beachum, Brenda F. Bean, Robert E. Beaver, Renee R. Becenti, Melissa Begay,

Marcella R. Begaye, Regina Bell, Daniel R. Bellgardt, Michelle C. Benedict, Gay Lynn Bennett,

Carrie Bennett, Karen Berry, Robert J. Betancourt, Artis James Betts, Felina Rose Bia, Geoffrey

Bia, Johnny S. Big Rivers, Jr., Lavonia Billy, Lisa M. Bilodeau, Deanna Birdwell, Johnathan

Bissell, Paul Matthew Blan, Tamara Blankenship, David L. Bloom, Jasmine Boble, Rebekah A.

Boble, Michael Bolanos, Gerald Bolte, Luis Borrego, Brian Bort, Nalda Bowen, Julia Bowman,

Sammuel J. Bradford, Donna L. Brazeal, Rosalind Brock, Deloris B. Brookins, Jordan Brooks,

Machanne Brown, Paul G. Brown, Tiana Browning, Lorenza B. Brush, Amanda Bueno,

KaSandra Burk, Cindy Burrell, Linda Burrola, Andrea Michelle Byers, Eduardo Cabral, Tami L.

Cabrera, Steven A. Calderan,, Justin Calderon, Donna Carabajal, Samuel Anthony Cardenas,

Sylvia Carrasco, Fernie Carrillo, Jennifer Carrion, Christina Larson, Marirose Carver, James Lee

Carver, Andrew Castillo, Marisa Castillo, Victor C. Castillo, Wanda J. Castillo, Josie Castillo,

Steve R. Castillo, Melissa M. Castro, Maria O. Cerda, Ernesto H. Chaavez, David Chapman,

Michelle Chavez, Elaine Chavez, Efren Chavez, Tonya Esquibel Chavez, Juan K. Cherry, Leo

Chavez, Freddy R. Chidester, Betty Chisholm, Jason Clayton, Melinda Cline, Beaudarick Cochise,

Cassandra Coffee, William Coffee, Rosa Lee Coffee, Paula A. Coffey, Linda G. Coffey, Lisa

Cole, Tina Cole, Brenda Coleman, Rebecca Collins, Richard K. Collins, Michelle Colon, Kelley C.

Condrey, Jessica Conley, Michael Conn, Brigette M. Contreras, Veronica Contreras, Jeremy

Brian Conway, Bridget Cook, Christopher A. Cooke, Shannon Copeland, Laura J. Cortes, Casey

Cisneroz, Thomas T. Council, Jason G. Cox, Bobbie Craft, Kerri Crawford, Jonathan Alan

Crawford, Eva Crittendon, Latasha Crockett, Eugene E. Crook, Sandi Crosby, Penny D.

Crossland, Nick Crosson, Paula (O'Connell) Cruz, Marcella Cruz, Vangie Cruz, Jeffiey Turk

Cubbage, Teresa A. Currie, Kayla Curtis, Kym Damazyn, Lacy Daniel, Rusti L. Daniel, Nicholas

D. Davalos, Anna Marie Davis, Charles D. Davis, Rebecca Dawson, Penny L. Day, Tara Day,

Roy J. Deanda, Brenda Dees,  Carmelita (Arreola) DeLaCerda, Elva DeLeon, Hector C. Delgado,

Michelle Delgado, Stefanie Delgado, Dainna Sue Derby, Erika DeSantis, Hugh Devlin, Beatriz

Diaz, Dezerie A. Diaz, Helen K. Diaz, Amanda Dodd, Teresa Dominguez, Celestino Dominguez,

Romelia Dominguez, Jennifer (Millsap) Donohue, Christine Dornan, Travis Wade Dorsey, Jackie

Oyster Doyle, Elida O. Duran, Tyler Duvall, Edith Dyck, Trina L. Edwards, Guadalupe B.

Elizondo, Christy D. Elledge, Johnny C. Elliott, Heather Elsass, Tyonia Encinias, Noelle Epley,

Luz Alicia Erivez, Rudy Escobar, Consuelo Espino, Elisa Espinosa, Carmon Esqueda, Bertha

Alicia Estrada, Ernestine Estrada, Mellissa Estrada, Thomas Ethridge, Berny R. Eudy, Clar

Eyelash, Richard A. Fajardo, Gina L. Fikes, George W. Flick, Frances E. Flores, Sonja Flores,

Melissa Florez, Jason Foley, Michelle Fonseca, Sandra K. Ford, Maria Foster, Stephen M. Free,

Charles L. Fulkerson, Rose Marie Gallegos, Charlene Gallegos, Diane Gallegos-Patrick, Isodro

Galvan, III, Lois Gamel, Roberta L. Gaona, Cindi Garcia, Rayburn Garcia, Michael Garcia, Belle

M. Garcia, Amanda N. Garcia, Daniel R. Garcia, Mary Garrett, Priscilla Garvin, Samantha Garza,

Annie F. Garza, Abel Garza III, Christopher M. Gay, Terrance L. Gayton, Joshua Guy George,

Randall Gilbert, Letitia Gillit, Courtney Gilmore, Garland Gipson, Chandra Godinez, Tammy

Goforth, Lia Gomez, Terri Gonzales, Yvette R. Gonzales, Gabriel Gonzalez, Priscilla Gonzalez,

Sylvia R. Gonzalez, Auturo Gonzalez, Jr., Esiquia C. Gonzalez, Derek Goodwin, Amanda D.

Goodnight, Karma L. Gordon, Brittany Graham, Kody R. Graves, Patricia Graves, Angela M.

Greeley, Da'Lynn Green, Carolyn J. Green, Olivia Ann Greene, Leigh Rose Griego, Windy

Grimes, Cameron Grimm, Terry G. Grove, Starla Grussendorf-Donaldson, Sylvia Guajardo,

Dawna Guest, Deana Flores Guillen, Jolene Gurule, Edward Gurule, Lynette Gurule, Peter

Gustafson, Virginia Gutierrez, Misty Gutierrez, Sara Gutierrez, Roger Haag, Carl L. Hagemann,

Jeff Hahn, Christine Hall, Katherine R. Hall, Wallace Hall, Mary K. Ham, Justin Hamm, Yolanda

Gail Hammond, Alex Handboy, Elizabeth Handboy, Leigha Hansen, Brittney J. Hanson, Kenrick Harmon, Joe E. Harmon, Clarence Harp, Mary Kay Harper, Nicole Harrell, Mary F. Harrison, Kenneth W. Hatley, Bernie Joe Haumesser, Jr., Robert Hayes, Andy Hayes, Pamela Hayes, Adrienne Haynes, Joshua Head, Sara L. Heater, Deborah Hendley, Sharon Henson, Scott Herald, Pandora Horn, Manuela Hernandez, Jovanna Hernandez, Jessica Hernandez, Fernando Hernandez, Kristal S. Hernandez, Vera P. Hernandez, Gerald Hernandez, Sylvia Hernandez, Elojio Hernandez, Amber Hernandez, Jessica Hernandez, Amadee Herrera, Phyllis Herrera, Michael Herrera, Henry Hidalgo, Matthew Hill, Silvia G. Hilliard, Gail Lyn Hines, Aaron Hodge, Barrett T. Hohn, Barbara A. Holbein, Manuela Holguin, Tonya Hollingsworth, Don C. Hollins, Jonathan Hollis, Timothy "Tim" Holman, Sheri L. Holmes, Aurelio Honesto, Johnathan Honesto, Otila Honesto, Donna Hooten, Jeanie D. Hopkins, Tommy D. Horn, Marcia Howington, Brian Hoyt, Kelly Hughes, Wanda Huntington, Melissa Hutson, Aimee Hutton, Kimberly Ann (Marrs) Ingle, Juanita G. Jaques, Julian M. Jaramillo, Megan Jenkins, Dana J. Jenkins, Maria Jimenez, Penelope Johns, Tiffany Johns, Patricia A. Johnson, Norissa Johnson, Michelle Joiner, Cecilia Jones, Anastacia Z. Jones, Angela Jones, Amanda Jordan, Sherry Kaler, Peggy Renee Kassisieh, Amanda Kays, Sean Kelley, Christopher Kelly, Shelly A. Kelly, Brenda J. Kelly, Laura Kieren, Carolyn Kimbley, James Kimbrell, James Lance Kimbrell, Verlinda Kinsel, T. Michelle Kirkpatrick, Audrey A. Knight, Kessa Knoll, Deborah Knotts, James Kohot, Ilon Kotula, Margaret R. Ktytor, Amy Lampert, Sonia A. Lane, William Lang, James Lasseter, Glenda Laster, Woodrow Lavrila, Melinda Lawler, Kyna Lawrence, Alysa Leal, Janie Leal, Michele Lee, Donna Leneway, Katharine N. Lester, Tommy Lynn Lewis, Jr., Janie Leyva, Byron Little, Cody Lee Little, Misty D. Long, Sandra Long, Vicky E. Lopez, Robin Lee Lopez, Elizabeth G. Lopez,

Maria E. Lopez, Rita M. Lopez, Jennifer Lopez, Margaret J. Lopez, Hilary Lovato, Holli Jo

Lovelace, Catherine Lovelady, Patricia Lovell, Donna Lucero, Rudy R. Lucero, Krista Lujan,

Hector Luna, Elizabeth Lyon, Stephanie Mace, Carlos Macias, Ramiro Maddox, Dina

Maldonado, Adam E. Mallard, Corine L. Mancha, Conception G. Mancha, Thomas Mankowski,

Roxie Manley, Jason Manzelli, Manuel J. Mirabal, Jr., Jasmine Marquez, Arilee R. Marsh, Joseph

Martin, Joel A. Martin, Michelle Martin, Patricia G. Martin, Victor Manuel Martinez, Danny

Martinez, Elodia Martinez, Kristy Martinez, Jimmy T. Martinez, Anthony J. Martinez, Mickey F.

Martinez, Adrienne Martinez, Robert Martinez, Cory Mathis, Eugina R. Matthews, Alecia

Matthews, Heather Maurer, Erin Mavis, DeBorah Maxwell, Gloria L. Mayo, George Mayo, Bill

D. Maze, Charles McCann, Mrs. Joyce C. McCann, Rebecca McDermitt, Kriston N. McLaughlin,

Harold McKnight, Lorrie McQueen, Kathryn Y.McVey, Leroy F. Medina, Jessica Messenger,

Juana V. Meza, Sheila G. Miles, Cynthia F. Miller, Debbie J. Miller, Angie A. Miller, Raleigh T.

Mills, Jr., Amy Mireles, Seth Mitchell, Larry H. Mitchell, Amy Mobley, Jessica Mondragon,

Joanne Monnin, Anthony J. Montano, Joseph Montano, Paula Hope Montoya, Lyle S. Montoya,

Jeannie Moore, Peggy Sue (Elms) Moore, Jimmie Wayne Moore, Charles Moore, Chad Moore,

Terry J. Mora, Terry Morales, Manuel M. Moralez, Meghan Morefield, Yolanda Morelos, J.

Hannah Moreno, Susan B. Moreno, Michael Moreno, Jr., Mary Morgan, Allen R. Morgan,

Melinda Jo Morgan, Ellie Ray Morris, Jonni M. Morris, Catalina Morton, Larry Moss, Nadine

Mulanax, Ruby L. Munn, Tammy Munoz, Debra Murdoch, Tiffany Murphy, Tabitha Murphy,

Tomeka Murray, Juanita J. Navares, Scott A. Nettleton, Francestine Newson, Neal Newton,

Jared Nichols, Linda Fay Nolan, LaReca R. Noland, Lavonna Noland, John A. Odneal, Edie

Odneal, Sandy C. Ogeda, Valerie Olguin, Melissa Oliver, Ferman Oliverez, Jr., Jotie P. Orquiz,

Bernabe Ortega, Lisa Ortega, Donna Ortega, Nathaniel J. Ortega, Esperanza Ortiz, Bobby Joe

Otoole, Jose A. Padilla, Rita J. Padilla, Cindy A. Parks, Grant Parmley, Christie Patillo, Nicholas

D. Pawletzki, Rebekah Payne, Providence Pecoraro, Michael J. Pepper, Yvonne N. Perea, Louis

Robert Perez, Flor Estella Perez, Bradford Perry, John Person, Jonathan Peugh, Vera Phelan,

Maple Phillips, Kimberly Pilgreen, Eric Poncho, Jayson Poole, Michael T. Powell, Shaborah

Powell, Deborah Powers, Jim Prater, Jr., Ashley Prespentt, Lisa Patton Price, Barbara Prieto,

Whitnie Pritchett, Richard S. Proctor, Jammall Pruitt, Elisia Purcella, James Pybas, Pedro

Quintana, Joe Paul Quintana, Amanda Rahe, Benita Ramos, Mary Jane Ramirez, Charlotte

Ramon, Joe Ramon, Maria Ramos, Mary Ramos, Lucia Lavonne Randeau, Nikki Ratliff, Trudy

Rawlings, Daidron Ray, Marcia Raymond, Joy D. Redmond, Larry Reed, Christina Reyes, Robert

Reyna, Mark Reyna, Obed Reza, Claudia Reza, Douglas Rich, Jr., Dynasti Richardson, Travette

Richardson, Jenell Richardson, Julie M. Riegler, Jody Dan Rigdon, Kimberly Rine, Alberto Rios,

Natalie Rios, Donna Lee Rios,, Maria Rivera, Carolyn L. Roberts, Adam Michael Roberts, Donny

L. Roberts, Victoria Roberts, Rotanza Roberts-Sanders, Jessica Robertson, Cessley Robinson,

Jazzlyn Robinson, Martin Robledo, Jr., Samantha Jo (Conn) Rocha, Jessica Rodriguez, Josefina

Rodriguez, Abel Rodriguez, Kathy Rodriguez, Mary Rodriguez, Mary Jane Rodriquez-James,

Kyra Rogers, Vereanki R. Roland, Adrien Romero, Chandora A. Romero, Graciela Romero,

Raymond Romero, Vanessa Rae Romero-Dunn, Virginia Carol Rose, Susan Rose, Manaka

Rosemond, Scott Rossell, Magen Roubison, Allesia Royal, Melissa Roybal, Larry Roybal, Martha

L. Rubio, Casey Saiz, Georgia A. Salazar, Monique Salazar, Barbara Salazar, Shana Salazar,

Martin M. Salazar, Ralphlita Salazar, Elizabeth Salazar, Raymond Salazar, Kathleen L. Salcido,

Adelaida Salgado, Reynaldo T. Salinas, Ronnie Sampson, Molly Sanchez, Diane B. Sanchez,

Carmen Sanchez, Cassandra Sanchez, Erika Sanchez, Terrie C. Sanders, Yvon D. Sandoval,

Selina Sapp, Ashley Sargent, Jason Andrew Sarracino, Christopher Sawyer, Toyna Scheller,

Donald W. Schorn, Jessica Scioli, Debra Scott, Jasmine Scott, Andrea Scruggs, Vickey L. Secoy,

Rachel Sedberry, Gilbert Joe Segura, Abel F. Segura, Patricia M. Sellz, Gabriel Segura, Pamela

Serda, Timothy D. Sergeant, Gloria L. Serrano, Lullene Shanklin, Tommy Shanks, Tammy

Shaver, Carolyn E. Shaw, Erik Sheldon, Justin B. Shelton, Samuel H. Shockey, Johnny Sillas,

Mary E. Silva, Cecilia Simpson, Matthew R. Sisneros, Robyn Skiles, Kimberly Skinner, Amanda

M. Sluder, Peter Slusar, Sherry A. Smallridge, Lisa Smartt, April Smith, Sallie L. Smith, Julie

Kiernan Smith, Alcess D. Smith, Jay D. Smith, James D. Smith, Sarah Smith, Jonathon Smith,

Stacy L. Smith, Laura C. Smith-Moreno, Shawna Snapp, Jack L. Sparks, William T. Spomer,

Crystal Sporisky, David M. Stafford, Arlene D. Stamps, Travis Stanberry, Kendall Stanford, Jill

Stanford, Peggy Lon Stansbury, Wesley H. Steen, Emily M. Stephen, Rickey Stevenson, Kenneth

Shane Stinson, Sean Stockstill, Alice F. Stokes, Melissa Stone, Amber Oleen Suire, Julie Sullivan,

Theresa Sutton, John David Swaim, Scott S. Swanson, Frankie L. Tabor, Daniel M. Tafoya, Lilly

L. Tamayo, LaWanda Tanner, Heather Tanner, April Taylor, Wendy Taylor, Lewis T. Templeton,

Dominique Thomas, Gary M. Thomas, Carla Thomas, Brenda G. Thomason, Teena J. Thompson,

Tonya J. Thompson, Kimberly Thompson, Bonnie Tijerinia, Lawrence D. Todd, Jr., Connie E.

Todd, Sophia Torres, Roberta Trujillo, Franklin B. Tyler, Jr., Terrie Underwood, Jance

Underwood, Erin K. Vaden, Bobby Valderas, Maria E. Valdez, Tiffany Valencia, Ramona A.

Valenzuela, Vernon Valley, Philisa L. Valliant, Mary Jane Vandewalker, Rosemarie Vanzant,

Cynthia Varela, Sara Joy Noel Vasquez, Justin Vaughn, Edward Vaughn, Melisa Vazquez, Elva

Velazquez, Toni J. Verticelli-Farmer, Cynthia Kirkland Villegas, DaLacia C. Vinson-Eddington,

James Walker, Frank Wallace, Brian M. Wallace, James A. Walters II, Diana Lewallen Ward,

Joseph Edward Wark, April Warner, Andrea M. Washington, Lorenzo Washington, Andrew

Washington, Dell Washington, Cynthia Gail Watson, Lucinda Wayne, Brichette Wells, Carolyn E.

Westernam Helen R. Wheeler, Tammy Whisenhunt, Christel R. White, Kenneth C. White, Cassie

White, Jordan White, Jackie L. Whiteside, Shari Whitten-Musgrave, Tommy L. Wieringo, Jeffrey

Wiles, Cynthia Wilkinson, Martin R. Williamson, Jr., Rodney Williams, Jr., Shonda Williams,

Veronica Wilson, Louise Wilson, James E. Wilt, Rebecca Winter, Shirley Wisecarver-Wesley,

Richard D. Wisener, Denise M. Wolfe, Phillip Wood, Lacey J. Woodall, Raechel Woodard,

Jeremy C. Woods, Breeanna B. Woodward, Swanzila Wormly, Linda Wright, Frank James

Wright, Patricia L. Wright-Kirk, Yontra K. Wyatt, Daniel Yazzie, Tonya Renee Ybarra, Wanda

Youngblood, Latazha Youngblood. Louis L. Zamara, Maria Del R. Zamora and Anna L. Zamora

plaintiffs in the above named cause, and hereby appeal to the United States Court of Appeals for

the 5th Circuit from the Order entered April 6, 2009, wherein the Court ordered that separate

lawsuits to be filed on a store-by-store basis, the Ordered entered thereon on April 6, 2009 (Dkt.

28).

Respectfully submitted,

Mark W. Laney, SBN 11892500
LANEY & MYATT LAW FIRM
600 Ash Street
Plainview, Texas 79072-8093
(806) 293-2618 - Telephone
(806) 293-8802 - Facsimile
      and
LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

By: _____

Philip R. Russ, SBN 17406000

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the ___10___ day of ___April___, 2009, I electronically filed the foregoing "Notice of Appeal" with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants:

        Michael W. Fox, Esq.
        Robert Chance, Esq.
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        301 Congress Avenue, Suite 1250
        Austin, Texas 78701
        *Counsel for Defendants*

_____
Philip R. Russ