# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| CHRISTINA MULLEN ACEVEDO, Et al. | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | Case No. 2:08-cv-100-J |
| ALLSUP'S CONVENIENCE STORES, INC., et al. | § § § | |
| Defendant. | § | |

## JOINT REPORT ON STATUS OF SETTLEMENT NEGOTIATIONS

As required by the Court's Original Rule 16 Scheduling Order, the parties file their Joint Report on Status of Settlement Negotiations. In support, the Parties would state as follows:

1. Because discovery is in its early stages, the parties have not engaged in substantial settlement negotiations. The parties believe that such negotiations will prove more fruitful once discovery is substantially complete.

2. The parties will approach settlement negotiations in good faith and will consider alternative dispute resolution options such as mediation.

Respectfully submitted,

/s/ Phillip R. Russ
Mark W. Laney
State Bar No. 11892500
Law Office of Mark W. Laney
600 Ash Street
Plainview, Texas 79072-8093
806.293.2618
806.293.8802  facsimile

Phillip R. Russ
2700 S. Western, Suite 1200
Amarillo Texas 79109
806.358.9293
806.358.9296 facsimile

ATTORNEYS FOR PLAINTIFFS


 /s/ Robert Chance
Michael W. Fox
State Bar No. 07335500
Robert Chance
State Bar No. 24036348
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
301 Congress Avenue, Suite 1250
Austin, Texas 78701
512.344.4700
512.344.4701 facsimile

ATTORNEYS FOR DEFENDANTS
ALLSUP'S CONVENIENCE STORES, INC.
LONNIE D. ALLSUP AND BARBARA J. ALLSUP

8665458.1 (OGLETREE)