**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
AMARILLO DIVISION**

| | | |
|---|---|---|
| **TERRY MORA, et al, individuals,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| vs. | § | **CASE NO. 2-08CV-100-J** |
| | § | |
| | § | |
| **ALLSUP'S CONVENIENCE STORES,** | § | |
| **INC., a New Mexico Corporation,** | § | |
| **LONNIE D. ALLSUP, an individual and** | § | |
| **BARBARA J. ALLSUP, an individual,** | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW the Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and request that the Court dismiss the above-styled and numbered action with prejudice. In support of this motion, the Parties stipulate that the dismissal is appropriate based upon a mutually agreed settlement.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly request that this case be dismissed with prejudice, with costs of court to be borne by the party incurring same.

Respectfully submitted,

/s/ Philip R. Russ
Philip R. Russ
State Bar No. 17406000
LAW OFFICES OF PHILIP R. RUSS
2700 S. Western, Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 – Facsimile

        Mark W. Laney, SBN 11892500
        LAW OFFICES OF MARK W. LANEY
        600 Ash Street
        Plainview, Texas 79072-8093
        806-293-2618 - Telephone
        806-293-8802 - Facsimile

        ATTORNEYS FOR PLAINTIFFS

        /s/ Michael W. Fox
        Michael W. Fox
        State Bar No. 07335500
        Robert Chance
        State Bar No. 24036348
        Ogletree, Deakins, Nash,
        Smoak & Stewart, P.C.
        301 Congress Avenue, Suite 1250
        Austin, Texas  78701
        512.344.4700
        512.344.4701 facsimile

        ATTORNEYS FOR DEFENDANTS
        ALLSUP'S CONVENIENCE STORES, INC.
        LONNIE D. ALLSUP AND BARBARA J. ALLSUP

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 21<u>st</u> day of April, 2011, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court.  The electronic case files system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

Philip R. Russ
Law Offices of Philip R. Russ
2700 S. Western, Ste. 1200
Amarillo, Texas 79109
806.358.9296 Fax

Mark W. Laney
Law Offices of Laney & Stokes
600 Ash Street
Plainview, Texas 79072-8093
806.293.8802 Fax

        /s/ Michael W. Fox
        Michael W. Fox / Robert Chance

10170736.1 (OGLETREE)